FILED
2025 Dec-30 AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TONI WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | CASE NO. 01-CV-2025-904933.00 |
| SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1.    Experian is a named Defendant in Civil Action No. 01-CV-2025-904933.00 filed by Plaintiff Toni Walker ("Plaintiff") in the Circuit Court of Jefferson County for the State of Alabama (the "State Court Action").

2.    The Complaint in the State Court Action was filed with the Clerk of the Circuit Court of Jefferson County, Alabama on November 12, 2025.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through her attorney of record in the State

2

NAI-5008946360v1

Court Action, and shall file a copy of this Notice with the clerk of the Court in the

State Court Action, as required by 28 U.S.C. § 1446(d).

Respectfully submitted,

_____
L. Jackson Young, Jr.
ASB-7946-G65L
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
LJYoung@csattorneys.com
*Attorney for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following counsel via electronic filing on this date, December 30, 2025:

W. Whitney Seals
COCHRUN & SEALS, LLC
P.O. Box 10448
Birmingham, Alabama  35202-0448
filings@cochrunseals.com
*Attorney for Plaintiff*

_____
OF COUNSEL

3