FILED

2025 Dec-30  AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| TONI WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 01-CV-2025-904933.00 |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, LLC; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF REMOVAL OF ACTION TO THE
### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ALABAMA

TO:   Wallace Whitney Seals
      Cochrun & Seals, LLC
      PO Box 10448
      Birmingham, AL 35202

      Jacqueline Anderson Smith, Clerk, Circuit Court of Jefferson County
      716 Richard Arrington Jr. Blvd North
      Birmingham, AL 35203

      Pursuant to 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of

Removal of the above-captioned action to the United States District Court for the Northern

District of Alabama.  A copy of the Notice of Removal filed with respect to this action is

attached hereto as Exhibit A.

                         Respectfully submitted,


                         /s/ L. Jackson Young, Jr.
                         L. Jackson  Young, Jr.
                         ASB-7946-G65L
                         CHRISTIAN & SMALL, LLP
                         505 20th Street North, Suite 1800
                         Birmingham, Alabama  35203
                         LJYoung@csattorneys.com
                         *Attorney for Experian Information Solutions, Inc.*

NAI-5008946466v1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following counsel via the AlaFile electronic filing system on this date, December 30, 2025:

W. Whitney Seals
COCHRUN & SEALS, LLC
P.O. Box 10448
Birmingham, Alabama  35202-0448
filings@cochrunseals.com
*Attorney for Plaintiff*

/s/ L. Jackson Young, Jr.
OF COUNSEL

2

4699877.1