FILED
2026 Jun-22 PM 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TONI WALKER, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | 2:25-cv-0220-MHH |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### JOINT STIPULATION OF DISMISSAL

Plaintiff, Toni Walker, and Defendant, Experian Information Solutions, Inc, (collectively, the "Parties") file this Joint Stipulation of Dismissal with prejudice, with court costs taxed as paid.

Respectfully submitted this day, Tuesday, June 16, 2026, by:

_____
W. Whitney Seals, Esq.
COCHRUN & SEALS, LLC
P. O. Box 10448
Birmingham, AL 35202-0448
E: filings@cochrunseals.com
**Counsel for Plaintiff**

_____
L. Jackson Young, Jr.
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
E: LJYoung@csattorneys.com
**Counsel for Defendant**
**Experian Information Solutions, Inc.**